```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| Alexis M. Warren | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Encore Receivable Management, Inc. | | NO. 09-1452 |

## **O R D E R**

**AND NOW, TO WIT**: this 28th day of July, 2009, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

                              BY THE COURT:


                               S/M. FAITH ANGELL
                              M. FAITH ANGELL
                              UNITED STATES MAGISTRATE JUDGE

```
Civ 12 (1/96)
41.1(b)

Date:    July 29, 2009
By Fax:  Hon. Louis H. Pollak
         Geoffrey Baskerville, Esq.    215-940-8000
         Mark Mailman, Esq.            215-940-8000
         Richard Perr, Esq.            215-893-8719
```